tion for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Moses H. Grossman* for the petitioner. *Mr. Levi Cooke* for the respondents.

---

No. 583. HELEN HISE ET AL., PETITIONERS, *v.* WESTERN COAL & MINING COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John H. Vaughn* for the petitioners. *Mr. Edward J. White* and *Mr. Thomas B. Pryor* for the respondent.

---

No. 683. MONADNOCK MILLS, PETITIONER, *v.* HENRY E. FUSHEY, ADMINISTRATOR, ETC. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. H. W. Parker* for the petitioner. *Mr. George F. Morris* and *Mr. Joseph Madden* for the respondent.

---

No. 861. GOLD MEDAL CAMP FURNITURE MANUFACTURING COMPANY, PETITIONER, *v.* THE TELESCOPE COT BED COMPANY. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles F. Fawsett* for the petitioner. *Mr. Alan D. Kenyon* for the respondent.

---

No. 906. PERCY B. SULLIVAN, PETITIONER, *v.* THE UNITED STATES. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for